UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 03 2017

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| ROBERT FORDHAM, Plaintiff | § § | |
| VS. | § | CIVIL ACTION Complaint for Racial Discrimination in Employment |
| RUBEN PADILLA, Defendant. | § § § | |

## DISCRIMINATION COMPLAINT
42 U.S.C. § 1983

This is a suit for a declaratory judgement pursuant to 28 U.S.C. § 2201 et Seq., Declaring and adjudging that unlawful employment practices alleged in this complaint deprive and withhold from plaintiff rights secured by 42 U.S.C. § 1983 and 42 U.S.C. § 2000(e) et Seq.,and United states constitution, fourteen Amendment, as while as the eighth Amendment, This court has subject matter jurisdiction of this action under 28 U.S.C. §§ 1331,1343 venue is proper because the unlawful employment practices and discrimination alleged in this complaint were and being committed within the Southern District of Texas.

Plaintiff, Robert Fordham, is an African-American citizen of the United States, and a resident of the city of Three Rivers Texas.

defendant, Ruben Padilla is an officer that is employed at Three Rivers F.C.I. P.O. BOX 4100 Three Rivers Texas 78071-4100 , whom position is Assistant Food Administrator with the power and authority to make and enforce rules and regulations

1 of 1

and to appoint and hire inmates for food servicewhich is a payiny job, management, control, and security within the Institution.

. In doing the acts alleged in this complaint, Mr. padilla has acted and is acting under color of the laws of the State of Texas.

Mr. Padilla have been hateful and unprofessional at the same time using derogatory statement within a work environment as in you people. and has threaten to use his power and authority as an officer that was detrimental to plaintiff by way of using the warden against plaintiff , with lies and deceitful tactics as an officer using his status as an officer over plaintiff because he's black. Mr. Padilla has never appointed any African-American to a high position comparable to that of other departments within food service. Mr. Padilla has from the year of 2016 to the present , engaged in a policy and practice of appointing provisionally appointed incumbents to the higher competitive position in food service which are not skilled or qualified.

This policy and practice has had the effect of denying: African-American in general, and plaintiff in particular permanent high level position as No African-American since the control of his management have received a high level position.

As a result of this Racial policy and practice, Plaintiff have been under paid and excluded from high level positions in food service in violation of 42 U.S.C. § 2000 e-2.

Mr. Fordham repeats and realleges the allegations contain in paragraph above.

Under color of the State law, Mr. Paddila has deprived Mr. Fordham, because of Mr.Fordham race, of Rights, Privileges, and Immunities Secured to Mr. Fordham by the Constitution and laws of the Untied States . In particular, Mr. Padilla has deprived Mr. Fordham of:
(a). Mr. Fordham Eighth Amendment has been violated by the defendant.
(b). Mr. Fordham Right to Equal Protection of Laws guaranteed under the Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983.
As a direct consequences of acts of Mr. Padilla , Mr. Fordham suffered much Anxiety and Distress and has been deprived of his basic Human Rights because of his color and other benefits to which Mr. Fordham is entitled to.
Plaintiff request that this court :
Advance this case on the docket, order a speedy trail at the earliest practicable date, and cause this case to be in every way expedited.

Award plaintiff monetary, and punitive damages for defendant's willful and intentional continuation of its discriminatory practices directed against the plaint which violated plaintiff Eighth Amendment and Fourteenth Amendment Rights of the United States Law.

grant Plaintiff all other relief that is equitable and just

## CERTIFICATE OF SERVICE

The above is true to my knowledge and this law suit is being put into the Institutional mail on this day ___Feb 27___ in the year of ___2017___

ROBERT FORDHAM

THREE RIVERS F.C.I.

P.O. BOX 4200

THREE RIVERS TEXAS 78071

1 of 4

ROBERT FORDHAM
54575-018
THREE RIVERS
FEDERAL CORRECTIONAL INSTITUTION
THREE RIVERS, TX 78071
mac-a

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 03 2017
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

LEGAL MAIL DATED: 2/27/2017

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

78401-204258